**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   7

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | LACKEY ENTERPRISES LLC d/b/a Questcor |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 36-4211041 |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 5133 W. 66th Street<br>Chicago, IL 60638 | 22315 N. 77th Way<br>Scottsdale, AZ 85255 |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Cook | **Location of principal assets, if different from principal place of business** |
| County | 22315 N. 77th Way Scottsdale, AZ 85255 |
| | Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)          _____

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   LACKEY ENTERPRISES LLC d/b/a Questcor                                     Case number (if known) _____
_____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    LACKEY ENTERPRISES LLC d/b/a Questcor                                    Case number (if known) _____
        Name

---

**11.  Why is the case filed in this district?**    *Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■  No

☐  Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐  Other _____

**Where is the property?** _____
        Number, Street, City, State & ZIP Code

**Is the property insured?**

☐  No

☐  Yes.    Insurance agency _____
        Contact name _____
        Phone _____

---

### ■ Statistical and administrative information

**13.  Debtor's estimation of available funds**    .    *Check one:*

☐  Funds will be available for distribution to unsecured creditors.

■  After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | LACKEY ENTERPRISES LLC d/b/a Questcor | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___December 22, 2016___
MM / DD / YYYY

**X** /s/ Larry T. Lackey                          Larry T. Lackey
Signature of authorized representative of debtor      Printed name

Title    President

**18. Signature of attorney**

**X** /s/ Gina B. Krol                     Date   December 22, 2016
Signature of attorney for debtor                  MM / DD / YYYY

Gina B. Krol
Printed name

Cohen & Krol
Firm name

105 West Madison Street
Suite 1100
Chicago, IL 60602-4600
Number, Street, City, State & ZIP Code

Contact phone   312.368.0300        Email address

6187642
Bar number and State

**Fill in this information to identify the case:**

Debtor name    LACKEY ENTERPRISES LLC d/b/a Questcor

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■   Other document that requires a declaration    Statement of Financial Affairs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    December 22, 2016     **X** /s/ Larry T. Lackey
                                        Signature of individual signing on behalf of debtor

                                        Larry T. Lackey
                                        Printed name

                                          President
                                          Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    LACKEY ENTERPRISES LLC d/b/a Questcor

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*........................................................................    $    0.00

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*....................................................................    $    122,264.36

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*......................................................................    $    122,264.36

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $    102,520.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$    629,294.38

4. **Total liabilities** ...............................................................................................
   Lines 2 + 3a + 3b      $    731,814.38

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name   LACKEY ENTERPRISES LLC d/b/a Questcor |
| United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | TD Ameritrade Account | Checking | | $43,500.00 |
| 3.2. | MB Financial | Checking | | $59,939.69 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $103,439.69 |
|---|

## Part 2:   Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | LACKEY ENTERPRISES LLC d/b/a Questcor | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 11a. 90 days old or less: | 10,374.67 | - | 0.00 | = .... | $10,374.67 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.  Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$10,374.67

---

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** NEC Telephone System, Server and Server Rack. Located at JDM Consulting & Associates 19539 Brookfield Cir., Tinley Park, IL 60487 | Unknown | | $950.00 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$950.00

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | LACKEY ENTERPRISES LLC d/b/a Questcor | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

**Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>One Manuel Tie Horizontal Baler, One Power Hydro Stretch Wrapper, On 24'x60' Signode Bundle Tyer, One Express Cube, On 84'x144' ACS Transfer Cart, One 80" S&S Sample Table, 2 Bar Slitter, jaw slotter, bar creaser, hand shear, | Unknown | | Unknown |
| Warehouse racking -sold | Unknown | | $7,500.00 |

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$7,500.00

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

**Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.

☐ Yes Fill in the information below.

**Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    LACKEY ENTERPRISES LLC d/b/a Questcor                              Case number *(If known)* _____
          <u>Name</u>

60.   **Patents, copyrights, trademarks, and trade secrets**

61.   **Internet domain names and websites**

62.   **Licenses, franchises, and royalties**

63.   **Customer lists, mailing lists, or other compilations**
      Customer List                                          $0.00                                    Unknown

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**

66.   **Total of Part 10.**                                                                          $0.00
      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71.   **Notes receivable**
      Description (include name of obligor)
      Loan to PKGING.com, Inc.  Company is          838,259.00  -         838,259.00  =
      no longer operating.                          Total face amount    doubtful or uncollectible amount      $0.00

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

Debtor    LACKEY ENTERPRISES LLC d/b/a Questcor                    Case number *(If known)* _____
_____
Name

Debtor maintained a profit sharing plan which has been
terminated.  All tax returns have been filed and funds
distributed to account holders.                                                                     $0.00

---

78.    **Total of Part 11.**                                                                                     $0.00

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor   LACKEY ENTERPRISES LLC d/b/a Questcor _____   Case number *(If known)* _____
       Name

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $103,439.69 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $10,374.67 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $950.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $7,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $122,264.36 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $122,264.36 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _____ LACKEY ENTERPRISES LLC d/b/a Questcor

United States Bankruptcy Court for the: _____ NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    LACKEY ENTERPRISES LLC d/b/a Questcor

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
    amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>Doreen Lackey<br>22315 N. 77th Way<br>Scottsdale, AZ 85255 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,600.00 | $9,600.00 |
|  | Date or dates debt was incurred<br>May 2016 through December 2016 | Basis for the claim:<br>Wages | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>Larry Lackey<br>22315 N. 77th Way<br>Scottsdale, AZ 85255 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $92,920.00 | $12,475.00 |
|  | Date or dates debt was incurred<br>May 2016 thorugh December 2016 | Basis for the claim:<br>Wages | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

                  **Amount of claim**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        29730        Best Case Bankruptcy

| Debtor | LACKEY ENTERPRISES LLC d/b/a Questcor | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$115.44**

Anderson Pest Control
501 W. Lake Street
Elmhurst, IL 60126

Date(s) debt was incurred   December 2016
Last 4 digits of account number   0008

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Utility

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43.40**

AT&T
PO Box 5080
Carol Stream, IL 60197

Date(s) debt was incurred   December 2016
Last 4 digits of account number   1442

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Utility

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,888.18**

Chase Card Services
Cardmember Service
P.O. Box 15298
Wilmington, DE 19850

Date(s) debt was incurred
Last 4 digits of account number   0290

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Business Credit Card

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$851.38**

Constellation
14217 Collections Center Drive
Chicago, IL 60693

Date(s) debt was incurred   December 2016
Last 4 digits of account number   0CNE

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Utility

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400,000.00**

Corrugated Supplies Corp.
5043 W. 67th Street
Chicago, IL 60638

Date(s) debt was
incurred   Judgment entered 11/16/16
Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$87,210.00**

E Street Properties
22315 N. 77th Way
Scottsdale, AZ 85255

Date(s) debt was incurred
Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Rent

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$273.10**

Federal Express
P.O. Box 94515
Palatine, IL 60094

Date(s) debt was incurred
Last 4 digits of account number   2081

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   LACKEY ENTERPRISES LLC d/b/a Questcor
          Name

Case number *(if known)*

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $394.86 |
|---|---|---|---|

Grainger
401 S. Wright Rd.
Janesville, WI 53546

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** 6713

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $128.80 |
|---|---|---|---|

Nicor Gas
PO Box 5407
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** December 2016

**Basis for the claim:** Utility

**Last 4 digits of account number** 0007

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $18,291.56 |
|---|---|---|---|

Polymer Protective Package
5285 Edgewater Drive
Allendale, MI 49401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** 6294

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11.08 |
|---|---|---|---|

Republic Services
2608 S. Damen Ave.
Chicago, IL 60608

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** December 2016

**Basis for the claim:** Utility

**Last 4 digits of account number** 0099

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,088.62 |
|---|---|---|---|

Ryder
11690 Northwest 105th Street
Miami, FL 33178

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $761.47 |
|---|---|---|---|

TYCO Integrated Security
10405 Crosspoint Blvd.
Indianapolis, IN 46256

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** December 2016

**Basis for the claim:** Utility

**Last 4 digits of account number** 758B

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Vanguard
PO Box 798342
Saint Louis, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** December 2016

**Basis for the claim:** Utility

**Last 4 digits of account number** 1483

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | LACKEY ENTERPRISES LLC d/b/a Questcor | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.15** Nonpriority creditor's name and mailing address

Village of Bedford Park
6701 S. Archer Rd.
Summit Argo, IL 60501

**Date(s) debt was incurred** December 2016

**Last 4 digits of account number** 2000

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

Wertheimer Box
7950 Joliet Road, #100
La Grange, IL 60525

**Date(s) debt was incurred** _

**Last 4 digits of account number** 6781

As of the petition filing date, the claim is: *Check all that apply.*    $3,331.45

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.17** Nonpriority creditor's name and mailing address

Westrock
2251 Berens Drive
New Lenox, IL 60451

**Date(s) debt was incurred** _

**Last 4 digits of account number** 4225

As of the petition filing date, the claim is: *Check all that apply.*    $102,905.04

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | ABC/Amega Inc.<br>500 Seneca Street<br>Suite 400<br>Buffalo, NY 14204 | Line 3.8<br><br>☐ Not listed. Explain ____ | 9745 |
| 4.2 | Anderson Pest Control<br>PO Box 600670<br>Jacksonville, FL 32260 | Line 3.1<br><br>☐ Not listed. Explain ____ | 0008 |
| 4.3 | Gregory Swope<br>PO Box 36963<br>Canton, OH 44735 | Line 3.10<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | Huck Bouma<br>1755 S. Naperville Rd.<br>Wheaton, IL 60189 | Line 3.5<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | John Siegler<br>2600 Eagan Woods Drive<br>Suite 400<br>Saint Paul, MN 55121 | Line 3.12<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | North Shore Agence<br>270 Spagnoli Rd.<br>Suite 110<br>Melville, NY 11747 | Line 3.7<br><br>☐ Not listed. Explain ____ | 2081 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | LACKEY ENTERPRISES LLC d/b/a Questcor | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 102,520.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 629,294.38 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 731,814.38 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    LACKEY ENTERPRISES LLC d/b/a Questcor

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest          Rent | |
| State the term remaining          Exp. 12/2021 | E Street Properties |
| List the contract number of any government contract     _____ | 22315 N. 77th Way |
| | Scottsdale, AZ 85255 |

**Fill in this information to identify the case:**

Debtor name    LACKEY ENTERPRISES LLC d/b/a Questcor

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**

Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name         LACKEY ENTERPRISES LLC d/b/a Questcor

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From  1/01/2016 to Filing Date | ■ Operating a business ☐ Other _____ | $187,394.83 |
| For prior year: From  1/01/2015 to 12/31/2015 | ■ Operating a business ☐ Other _____ | $4,267,452.00 |
| For year before that: From  1/01/2014 to 12/31/2014 | ■ Operating a business ☐ Other _____ | $5,073,224.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
   and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
   filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19
   and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor   LACKEY ENTERPRISES LLC d/b/a Questcor _____   Case number (if known) _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. Vanguard<br>PO Box 798342<br>Saint Louis, MO 63179 | 9/22/14 =<br>$533.21<br>11/14/16 =<br>$567.42 | $1,100.63 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. Amtrust<br>TW Insurance Group<br>850 N. Cass Ave.<br>Westmont, IL 60559 | 10/11/16 =<br>$3,355.40<br>11/10/16 =<br>$3,330.40 | $6,685.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. AT&T<br>PO Box 5080<br>Carol Stream, IL 60197 | 11/14/16 =<br>$58.77 | $58.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. Republic Services<br>2608 S. Damen Ave.<br>Chicago, IL 60608 | 11/16/16 =<br>$514.75 | $514.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. Village of Bedford Park<br>6701 S. Archer Rd.<br>Summit Argo, IL 60501 | 9/18/18 =<br>$154.47<br>11/14/16<br>=$449.37<br>12/9/16 =<br>$140.43 | $744.27 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6. Constellation<br>14217 Collections Center Drive<br>Chicago, IL 60693 | 10/14/16 =<br>$2260.36<br>11/18/16 =<br>$652.45<br>12/9/16 -<br>$534.23 | $3,447.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.7. Chase Card Services<br>Cardmember Service<br>P.O. Box 15298<br>Wilmington, DE 19850 | 9/18/16 =<br>$940.43<br>11/19/16 =<br>$6,381.66<br>12/12/16 =<br>$372.00 | $7,694.09 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. E Street Properties<br>22315 N. 77th Way<br>Scottsdale, AZ 85255 | 9/9/16 =<br>$79,536.00<br>10/11/16 =<br>$19,884.00 | $99,420.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Rent from May -<br>December 2016 |

Debtor   LACKEY ENTERPRISES LLC d/b/a Questcor _____   Case number (if known) _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.9. MB Financial<br>1200 N Ashland<br>Chicago, IL 60622-2298 | 9/14/16 | $33,000.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. E Street Properties<br>22315 N. 77th Way<br>Scottsdale, AZ 85255<br>Common Ownership | Rent paid<br>monthly<br>1/16-9/16 | $178,956.00 | Rent |
| 4.2. Larry Lackey<br>22315 N. 77th Way<br>Scottsdale, AZ 85255<br>Owner/President | Various | $73,330.15 | Salary = $58,618.14<br>Commissions=$12,000.00<br>Expenses=$2,712.01 |
| 4.3. Doreen Lackey<br>22315 N. 77th Way<br>Scottsdale, AZ 85255<br>Wife of Owner/Employee | Various | $6,243.75 | Salary=$5,400.00<br>Expenses=$843.75 |
| 4.4. Dawn Nowak<br><br>Relative of Owner/Employee | Various | $10,616.80 | Salary |
| 4.5. Christopher Salvador<br>15306 Sheffield Square Pkwy<br>Orland Park, IL 60462<br>Son-in-Law of President/Employee | Various | $44,308.80 | Salary=$39,230.90<br>Car Allowance =$3,400.00<br>Expenses=$1,677.90 |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

Debtor    LACKEY ENTERPRISES LLC d/b/a Questcor _____    Case number *(if known)* _____

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Corrugated Supplies Co v<br>Lackey Enterprises<br>16 L 339 | Collection<br>Judgment Entered<br>11/16/16 | Circuit Court of DuPage County | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | UCP Seguin of Greater Chicago<br>7550 W. 183rd<br>Tinley Park, IL 60477 | Old Electronics | December 2016 | $1,000.00 |
| | Recipients relationship to debtor<br>None | | | |

---

**Part 5:    Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

**Part 6:    Certain Payments or Transfers**

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| | | | |

Debtor    LACKEY ENTERPRISES LLC d/b/a Questcor _____    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Cohen & Krol 105 West Madison Street Suite 1100 Chicago, IL 60602-4600 | Attorney Fees | 11/16 | $7,835.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** Debtor | | | |
| 11.2. | Sosin, Arnold, Schoeneck 9501 W. 144th Place Suite 205 Orland Park, IL 60462 | Attorney Fees | 2/29/16 $525.00 3/17/16 $162.50 4/15/16 $980.68 | $1,668.18 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** Debtor | | | |
| 11.3. | High Ridge 140 S. Dearborn St. Chicago, IL 60603 | | 5/25/16-Consulting Fees | $5,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** Debtor | | | |
| 11.4. | Bruce Wald | Attorney Fees | 8/4/16 | $6,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** Debtor | | | |
| 11.5. | Heyl, Royster 33 N. Dearborn St. Chicago, IL 60602 | Attorney Fees | 9/22/16 | $5,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** Debtor | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case

Debtor   LACKEY ENTERPRISES LLC d/b/a Questcor                          Case number *(if known)* _____

to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. Kodiak Container 4230 S. Knox Chicago, IL 60632 | EMBA Flexo Folder Gluer with Stacker | 9/14/16 | $33,300.00 |
| **Relationship to debtor** None | | | |
| 13.2. Chicago Pallet Service 1875 Greenleaf Ave. Elk Grove Village, IL 60007 | Two Compressors, Two Forklifts, One Scissor Lift, Maintenance Tools, One Large Office Safe, Office Furniture (desk, chairs, credenzas, desk modules, file cabinets, conference room table/chairs, office conference table/chairs, leather couches, leather loveseats, leather chairs). | 12/10/16 | $14,000.00 |
| **Relationship to debtor** None | | | |
| 13.3. Haire 3019 E. 84th Place Merrillville, IN 46410 | ISOWA 2-Color Flexo Printer Slotter, Simon 2-Color Flexo Folder Gluer, RJE 4-Bar Slitter, Mosca 2-Head Unitizer, RJE Band Saw, Haire Equipment & Design Flatbed Die Cutte, General Taper/Gluer, General Gluer, S&S Partition Slotter & Boxmaker, Universal 4-Bar Slitter, Martin 2-Color Rotary Die Cutter | March & April 2016 | $280,000.00 |
| **Relationship to debtor** None | | | |

---

**Part 7:   Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor   LACKEY ENTERPRISES LLC d/b/a Questcor _____   Case number *(if known)* _____

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ■ Yes. Fill in below:

   | Name of plan | Employer identification number of the plan |
   |---|---|
   | Lackey Enterprises 401(k) | EIN: |

   Has the plan been terminated?
   ☐ No
   ■ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | American Funds Capital Bank & Trust Co. PO Box 6164 Indianapolis, IN 46206 | XXXX-3381 | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ■ Other 401(k) account | 12/16 All Funds were distributed to plan participants | $0.00 |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

Debtor    LACKEY ENTERPRISES LLC d/b/a Questcor          Case number (if known) _____

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.    Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.    Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

Debtor    LACKEY ENTERPRISES LLC d/b/a Questcor                           Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.  Lackey Enterprises<br>5133 W. 66th St.<br>Chicago, IL 60638 | Manufacturer and Distributor of<br>Corrugated Packaging | **Dates business existed**<br>EIN:    36-4211041<br><br>From-To    4/1/95-3/31/16 |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  Dawn Nowak<br>11858 S. LaVergne<br>Alsip, IL 60803 | 1/1/14-3/1/16 |
| 26a.2.  Christopher Salvador<br>15306 Sheffield Square Pkwy<br>Orland Park, IL 60462 | 3/1/16-9/15/16 |
| 26a.3.  Palmer Tax<br>Scott Zdanek<br>7898 W. 159th Street<br>Tinley Park, IL 60477 | 1/1/14 to YTD |
| 26a.4.  Doreen Lackey<br>22315 N. 77th Way<br>Scottsdale, AZ 85255 | 9/15/16 - YTD |
| 26a.5.  Prime Pay (Payroll Service)<br>1200 Jorie Blvd.<br>Suite 312<br>Oak Brook, IL 60523 | 1/1/14-10/5/16 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.  Doreen Lackey<br>22315 N. 77th Way<br>Scottsdale, AZ 85255 | |
| 26c.2.  Larry Lackey<br>22315 N. 77th Way<br>Scottsdale, AZ 85255 | |
| 26c.3.  Palmer Tax<br>Scott Zdanek<br>7898 W. 159th Street<br>Tinley Park, IL 60477 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor    LACKEY ENTERPRISES LLC d/b/a Questcor                           Case number *(if known)* _____

☐ None

| Name and address |
|---|
| 26d.1.    MB Financial<br>1200 N Ashland<br>Chicago, IL 60622-2298 |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Christopher Salvador | 12/31/15 | 427,241.00 |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | Lackey Enterprises<br>5133 W. 66th Street<br>Chicago, IL 60638 |

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.2. | Christopher Salvador | 3/30/15 | 314,995.00 |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | Lackey Enterprises<br>5133 W. 66th Street<br>Chicago, IL 60638 |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Larry Lackey | 22315 N. 77th Way<br>Scottsdale, AZ 85255 | President | 100% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    LACKEY ENTERPRISES LLC d/b/a Questcor                        Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Larry Lackey<br>22315 N. 77th Way<br>Scottsdale, AZ 85255 | Salary = $55,618.14<br>Commission = $12,000.00<br>Car Allowance = $3,000.00 | 1/16 through<br>4/30/16 | Salary,<br>Commission and<br>Car Allowance. |
| | Relationship to debtor | | | |
| | President/Owner | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    December 22, 2016

/s/ Larry T. Lackey                                      Larry T. Lackey
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re   LACKEY ENTERPRISES LLC d/b/a Questcor                                    Case No.
                                                          Debtor(s)              Chapter    7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................  $              7,500.00

    Prior to the filing of this statement I have received ............................  $              7,500.00

    Balance Due ...........................................................................................  $                  0.00

2.  $   335.00   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        Representations of Debtor against Motions for Relief and Motions to Dismiss

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        Representation of the debtors in any dischargeability actions or any other adversary proceeding.

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

    December 22, 2016                              /s/ Gina B. Krol
    *Date*                                         Gina B. Krol 6187642
                                                   *Signature of Attorney*
                                                   Cohen & Krol
                                                   105 West Madison Street
                                                   Suite 1100
                                                   Chicago, IL 60602-4600
                                                   312.368.0300  Fax: 312.368.4559
                                                   *Name of law firm*

# United States Bankruptcy Court
## Northern District of Illinois

In re   LACKEY ENTERPRISES LLC d/b/a Questcor      Case No.

                               Debtor(s)      Chapter   7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:           26

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   December 22, 2016            /s/ Larry T. Lackey

                                          Larry T. Lackey/President
                                          Signer/Title

ABC/Amega Inc.
500 Seneca Street
Suite 400
Buffalo, NY 14204


Anderson Pest Control
501 W. Lake Street
Elmhurst, IL 60126


Anderson Pest Control
PO Box 600670
Jacksonville, FL 32260


AT&T
PO Box 5080
Carol Stream, IL 60197


Chase Card Services
Cardmember Service
P.O. Box 15298
Wilmington, DE 19850


Constellation
14217 Collections Center Drive
Chicago, IL 60693


Corrugated Supplies Corp.
5043 W. 67th Street
Chicago, IL 60638


Doreen Lackey
22315 N. 77th Way
Scottsdale, AZ 85255


E Street Properties
22315 N. 77th Way
Scottsdale, AZ 85255


E Street Properties
22315 N. 77th Way
Scottsdale, AZ 85255


Federal Express
P.O. Box 94515
Palatine, IL 60094

Grainger
401 S. Wright Rd.
Janesville, WI 53546


Gregory Swope
PO Box 36963
Canton, OH 44735


Huck Bouma
1755 S. Naperville Rd.
Wheaton, IL 60189


John Siegler
2600 Eagan Woods Drive
Suite 400
Saint Paul, MN 55121


Larry Lackey
22315 N. 77th Way
Scottsdale, AZ 85255


Nicor Gas
PO Box 5407
Carol Stream, IL 60197


North Shore Agence
270 Spagnoli Rd.
Suite 110
Melville, NY 11747


Polymer Protective Package
5285 Edgewater Drive
Allendale, MI 49401


Republic Services
2608 S. Damen Ave.
Chicago, IL 60608


Ryder
11690 Northwest 105th Street
Miami, FL 33178


TYCO Integrated Security
10405 Crosspoint Blvd.
Indianapolis, IN 46256

Vanguard
PO Box 798342
Saint Louis, MO 63179


Village of Bedford Park
6701 S. Archer Rd.
Summit Argo, IL 60501


Wertheimer Box
7950 Joliet Road, #100
La Grange, IL 60525


Westrock
2251 Berens Drive
New Lenox, IL 60451

# United States Bankruptcy Court
## Northern District of Illinois

In re    LACKEY ENTERPRISES LLC d/b/a Questcor

Debtor(s)

Case No.

Chapter    7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    LACKEY ENTERPRISES LLC d/b/a Questcor    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

December 22, 2016

Date

/s/ Gina B. Krol

Gina B. Krol 6187642

Signature of Attorney or Litigant

Counsel for    LACKEY ENTERPRISES LLC d/b/a Questcor

Cohen & Krol
105 West Madison Street
Suite 1100
Chicago, IL 60602-4600
312.368.0300 Fax:312.368.4559