# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| LACKEY ENTERPRISES LLC D/B/A QUESTCOR | § § | Case No. 16-40159 |
| | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/22/2016 . The undersigned trustee was appointed on 12/22/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $   122,473.85

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 6,305.30 |
   | Bank service fees | 2,151.62 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1] | $ 114,016.93 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  05/11/2017  and the deadline for filing governmental claims was  05/11/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 9,373.69 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 9,373.69 , for a total compensation of $ 9,373.69 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/06/2018            By: /s/Miriam R. Stein
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 16-40159 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | Miriam R. Stein |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | LACKEY ENTERPRISES LLC D/B/A QUESTCOR | | | | Date Filed (f) or Converted (c): | 12/22/2016 (f) |
| | | | | | 341(a) Meeting Date: | 01/25/2017 |
| For Period Ending: | 04/06/2018 | | | | Claims Bar Date: | 05/11/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. TD Ameritrade Account | 43,500.00 | 43,500.00 | | 49,793.95 | FA |
| 2. MB Financial | 59,939.69 | 59,939.69 | | 58,737.69 | FA |
| 3. Accounts receivable | 10,374.67 | 10,374.67 | | 1,409.98 | FA |
| 4. NEC Telephone System, Server and Server Rack. Located at JDM | 950.00 | 950.00 | | 0.00 | FA |
| 5. One Manuel Tie Horizontal Baler, One Power Hydro Stretch Wra | Unknown | 0.00 | | 1,000.00 | FA |
| 6. Warehouse racking -sold | 7,500.00 | 7,500.00 | | 7,500.00 | FA |
| 7. Customer List | 0.00 | 0.00 | | 0.00 | FA |
| 8. Loan to PKGING.com, Inc. Company is no longer operating. | 0.00 | 0.00 | | 0.00 | FA |
| 9. Insurance Premium Refunds (u) | 0.00 | 0.00 | | 4,010.00 | FA |
| 10. Postage Refund (u) | 0.00 | 0.00 | | 22.23 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $122,264.36     $122,264.36     $122,473.85     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE INVESTIGATING ASSETS OF THE ESTATE AND POTENTIAL PREFERENCE LITIGATION (3/1/17)
Debtor's producing documents supporting rental payments paid to insider landlord. Trustee investigating whether payments made to landlord constitute preferential payments. Another creditor also conducting 2004 examination.
(6.15.17).
Insiders agreed to subordinate claims. by order dated 10/20/2017
Trustee preparing final tax return, awaiting corp docs from Debtors former accountant 11/15/17
Trustee is preparing final tax return. 12/26/17.
2017 tax return filed on March 8, 2018
2016 tax return filed on March 8, 2018

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Initial Projected Date of Final Report (TFR): 12/29/2017    Current Projected Date of Final Report (TFR): 03/18/2018

Exhibit A

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-40159 | Trustee Name: | Miriam R. Stein |
|---|---|---|---|
| Case Name: | LACKEY ENTERPRISES LLC D/B/A QUESTCOR | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX8788 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1041 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/06/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/19/17 | 6 | US Lift & Warehouse Equipment, Inc.<br>2405 Hamilton Road<br>PO Box 91976<br>Elk Grove Township, IL 60005 | Debtor's Sale of Personal Property (Racking)<br>Debtor liquidated personal property pre-petition, and had the proceeds of sale turned over to trustee after filing. | 1129-000 | $7,500.00 | | $7,500.00 |
| 01/19/17 | 2 | Lackey Enterprises, Inc. | Debtor's Funds on Account<br>Funds on account at time of filing. | 1129-000 | $58,737.69 | | $66,237.69 |
| 01/26/17 | 1 | Lackey Enterprises | Debtor's Funds on Account<br>Check presented by Debtor at 341 meeting representing remaining funds on account from Ameritrade account. | 1129-000 | $49,793.95 | | $116,031.64 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $50.05 | $115,981.59 |
| 02/09/17 | 3 | PRI Group LLC<br>600 Thomas Drive<br>Bensenville, IL 60106 | Accounts Receivable | 1121-000 | $1,409.98 | | $117,391.57 |
| 02/22/17 | 9 | Travelers Property Casualty CL Agency | Refund of Insurance Payment | 1229-000 | $645.00 | | $118,036.57 |
| 03/06/17 | 10 | Stamps.Com<br>1990 E. Grand Avenue<br>El Segundo, CA 90245 | postage refund from closed account | 1229-000 | $22.23 | | $118,058.80 |
| 03/07/17 | 5 | American Auction Associates, Inc.<br>508 W. Brittany Drive<br>Arlington Heights, IL 60004 | Sale of Machinery and Equipment | 1129-000 | $1,000.00 | | $119,058.80 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $157.19 | $118,901.61 |
| 03/23/17 | 9 | AmTrust North America, Inc.<br>Premium Refund Account<br>59 Maiden Lane, 6th Floor<br>New York, NY 10038 | Refund of Insurance Payment | 1229-000 | $3,365.00 | | $122,266.61 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $178.04 | $122,088.57 |

| UST Form 101-7-TFR (5/1/2011) *(Page: 5)* | Page Subtotals: | $122,473.85 | $385.28 |
|---|---|---|---|

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 16-40159
Case Name: LACKEY ENTERPRISES LLC D/B/A QUESTCOR
Trustee Name: Miriam R. Stein
Bank Name: Associated Bank
Account Number/CD#: XXXXXX8788
Checking

Taxpayer ID No: XX-XXX1041
For Period Ending: 04/06/2018
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $175.66 | $121,912.91 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $181.23 | $121,731.68 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $175.15 | $121,556.53 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $180.75 | $121,375.78 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $180.45 | $121,195.33 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $174.38 | $121,020.95 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $179.92 | $120,841.03 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $173.86 | $120,667.17 |
| 12/12/17 | 101 | LAW OFFICES OF ZANE L. ZIELINSKI, P.C. 6336 NORTH CICERO AVE., SUITE 201 CHICAGO, IL 60646 | Professional Compensation - Order dated 12/5/17 | | | $6,305.30 | $114,361.87 |
| | | Zane Zielinski P. C. | ($6,230.00) | 3210-000 | | | |
| | | Zane Zielinski P. C. | ($75.30) | 3220-000 | | | |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $175.17 | $114,186.70 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $169.77 | $114,016.93 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*     Page Subtotals:     $0.00     $8,071.64

| | | |
|---|---:|---:|
| COLUMN TOTALS | $122,473.85 | $8,456.92 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $122,473.85 | $8,456.92 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $122,473.85 | $8,456.92 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8788 - Checking | $122,473.85 | $8,456.92 | $114,016.93 |
|  | $122,473.85 | $8,456.92 | $114,016.93 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $122,473.85 |
| Total Gross Receipts: | $122,473.85 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-40159  
Debtor Name: LACKEY ENTERPRISES LLC D/B/A QUESTCOR  
Claims Bar Date: 5/11/2017  

Date: April 6, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Miriam R. Stein<br>30 South Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Administrative | | $0.00 | $9,373.69 | $9,373.69 |
| 100 3210 | ZANE L. ZIELINSKI<br>THE LAW OFFICE OF ZANE L. ZIELINSKI<br>6336 N. CICERO AVE., SUITE 201<br>CHICAGO, IL 60646 | Administrative | ORDER DATED 12/5/17 - FIRST AND FINAL FEES | $0.00 | $6,230.00 | $6,230.00 |
| 100 3220 | ZANE L. ZIELINSKI<br>THE LAW OFFICE OF ZANE L. ZIELINSKI<br>6336 N. CICERO AVE., SUITE 201<br>CHICAGO, IL 60646 | Administrative | ORDER DATED 12/5/17 - FIRST AND FINAL EXPENSES | $0.00 | $75.30 | $75.30 |
| 100 3410 | Alan D. Lasko & Associates P. C.<br>205 W. Randolph Street, Suite 1150<br>Chicago, IL 60606 | Administrative | First and Final Fee Application | $0.00 | $10,434.10 | $10,434.10 |
| 100 3420 | Alan D. Lasko & Associates P. C.<br>205 W. Randolph Street, Suite 1150<br>Chicago, IL 60606 | Administrative | First and Final Fee Application - Expenses | $0.00 | $55.91 | $55.91 |
| 1 101 4110 | HEYL, ROYSTER, VOELKER & ALLEN, P.C.<br>33 NORTH DEARBORN STREET, 7TH FLOOR<br>CHICAGO, IL 60602 | Secured | | $0.00 | $5,000.00 | $5,000.00 |
| 6 230 5300 | LARRY LACKEY<br>22315 N. 77TH WAY<br>SCOTTSDALE, AZ 85255 | Priority | DISALLOWED PURSUANT TO ORDER DATED 10/19/17 | $0.00 | $87,117.00 | $0.00 |
| 7 230 5300 | DOREEN LACKEY<br>22315 N. 77TH WAY<br>SCOTTSDALE, AZ 85255 | Priority | DISALLOWED PURSUANT TO ORDER DATED 10/19/17 | $0.00 | $9,000.00 | $0.00 |
| 1U 300 7100 | HEYL, ROYSTER, VOELKER & ALLEN, P.C.<br>33 NORTH DEARBORN STREET, 7TH FLOOR<br>CHICAGO, IL 60602 | Unsecured | | $0.00 | $3,287.50 | $3,287.50 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-40159  
Debtor Name: LACKEY ENTERPRISES LLC D/B/A QUESTCOR  
Claims Bar Date: 5/11/2017  

Date: April 6, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 2 / 300 / 7100 | RYDER TRUCK RENTAL, INC. ATTN: JENNIFER MORRIS 6000 WINDWARD PARKWAY ALPHARETTA, GA 30005 | Unsecured | | $0.00 | $48,073.44 | $48,073.44 |
| 3 / 300 / 7100 | RYDER TRUCK RENTAL, INC. ATTN: JENNIFER MORRIS 6000 WINDWARD PARKWAY ALPHARETTA, GA 30005 | Unsecured | | $0.00 | $3,914.32 | $3,914.32 |
| 4 / 300 / 7100 | POLYMER PACKAGING, INC. C/O GREGORY D. SWOPE, ESQ. KRUGLIAK, WILKINS, GRIFFITHS & DOUGHERTY CO L P.O. BOX 36963 CANTON, OH 44735-6963 | Unsecured | | $0.00 | $18,351.70 | $18,351.70 |
| 5 / 300 / 7100 | CORRUGATED SUPPLIES COMPANY LLC HUCK BOUMA PC 1755 S. NAPERVILLE ROAD SUITE 200 WHEATON, IL 60189 | Unsecured | | $0.00 | $412,300.91 | $412,300.91 |
| 8 / 300 / 7100 | E STREET PROPERTIES 22315 N. 77TH WAY SCOTTSDALE, AZ 85255 | Unsecured | DISALLOWED PURSUANT TO ORDER DATED 10/19/17 | $0.00 | $49,710.00 | $0.00 |
| 9 / 300 / 7100 | AMERICAN INFOSOURCE LP AS AGENT FOR T MOBILE/T-MOBILE USA INC PO BOX 248848 OKLAHOMA CITY, OK 73124-8848 | Unsecured | | $0.00 | $470.62 | $470.62 |
| | Case Totals | | | $0.00 | $663,394.49 | $517,567.49 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-40159
Case Name: LACKEY ENTERPRISES LLC D/B/A QUESTCOR
Trustee Name: Miriam R. Stein

| | Balance on hand | $ | 114,016.93 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | HEYL, ROYSTER, VOELKER & ALLEN, P.C. | $ 5,000.00 | $ 5,000.00 | $ 0.00 | $ 0.00 |

| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 114,016.93 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Miriam R. Stein | $ 9,373.69 | $ 0.00 | $ 9,373.69 |
| Attorney for Trustee Fees: ZANE L. ZIELINSKI | $ 6,230.00 | $ 6,230.00 | $ 0.00 |
| Attorney for Trustee Expenses: ZANE L. ZIELINSKI | $ 75.30 | $ 75.30 | $ 0.00 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates P. C. | $ 10,434.10 | $ 0.00 | $ 10,434.10 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates P. C. | $ 55.91 | $ 0.00 | $ 55.91 |

| Total to be paid for chapter 7 administrative expenses | $ 19,863.70 |
| Remaining Balance | $ 94,153.23 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | LARRY LACKEY | $ 0.00 | $ 0.00 | $ 0.00 |
| 7 | DOREEN LACKEY | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 0.00 |
| Remaining Balance | $ 94,153.23 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 486,398.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | HEYL, ROYSTER, VOELKER & ALLEN, P.C. | $ 3,287.50 | $ 0.00 | $ 636.37 |
| 2 | RYDER TRUCK RENTAL, INC. | $ 48,073.44 | $ 0.00 | $ 9,305.68 |
| 3 | RYDER TRUCK RENTAL, INC. | $ 3,914.32 | $ 0.00 | $ 757.70 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | POLYMER PACKAGING, INC. | $ 18,351.70 | $ 0.00 | $ 3,552.38 |
| 5 | CORRUGATED SUPPLIES COMPANY LLC | $ 412,300.91 | $ 0.00 | $ 79,810.00 |
| 8 | E STREET PROPERTIES | $ 0.00 | $ 0.00 | $ 0.00 |
| 9 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 470.62 | $ 0.00 | $ 91.10 |

Total to be paid to timely general unsecured creditors         $        94,153.23

Remaining Balance                                              $             0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE