IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 16-40159 |
| | ) | |
| LACKEY ENTERPRISES, LLC d/b/a QUESTCOR, | ) | Chapter 7 |
| | ) | |
| | ) | Honorable Deborah L. Thorne |
| Debtor. | ) | |
| | ) | |

I, Christina Smith, declare under the penalty of perjury that I have sent the attached NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR) to the parties listed in the manner shown and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

_____
Christina Smith

SWORN TO AND SUBSCRIBED TO
Before me this 6th day of April, 2018.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
MICHAEL H MATLOCK
Notary Public, State of Illinois
My Commission Expires 8/28/2021

# Mailing Information for Case 16-40159

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Thomas A Christensen    tchristensen@huckbouma.com, mheneghan@huckbouma.com
- Gina B Krol    gkrol@cohenandkrol.com, gkrol@cohenandkrol.com;acartwright@cohenandkrol.com;jneiman@cohenandkrol.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Kathleen R Ryding    kryding@huckbouma.com, ccurths@huckbouma.com

{STEIN/GENERAL/00053546.DOCX/}

- Miriam R Stein    mstein@chuhak.com, dgeorge@chuhak.com;mstein@ecf.epiqsystems.com;IL82@ecfcbis.com;vjefferson@chuhak.com
- Zane L Zielinski    trustee@zanezielinski.com, fax@zanezielinski.com

## Manual Notice List – U.S. MAIL

Heyl, Royster, Voelker & Allen, P.C.
33 North Dearborn Street, 7th Floor
Chicago, IL 60602

Ryder Truck Rental, Inc.
Attn: Jennifer Morris
6000 Windward Parkway
Alpharetta, GA 30005

Polymer Packaging, Inc.
c/o Gregory D. Swope, Esq.
Krugliak, Wilkins, Griffiths &
Dougherty Co L
P.O. Box 36963
Canton, OH 44735-6963

Corrugated Supplies Company LLC
Huck Bouma PC
1755 S. Naperville Road
Suite 200
Wheaton, IL 60189

Larry Lackey
22315 N. 77th Way
Scottsdale, AZ 85255

Doreen Lackey
22315 N. 77th Way
Scottsdale, AZ 85255

American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK 73124-8848

E Street Properties
22315 N. 77th Way
Scottsdale, AZ 85255

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In Re: § § | |
| LACKEY ENTERPRISES LLC D/B/A § QUESTCOR § § | Case No. 16-40159 |
| Debtor § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Miriam R. Stein, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 05/10/2018 in Courtroom 613 (Deborah L. Thorne),
Dirksen United States Courthouse
219 S. Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/06/2018            By: /s/ Miriam R. Stein
                                              Chapter 7 Trustee

Miriam R. Stein
30 South Wacker Drive
Suite 2600
Chicago, IL 60606

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re: § | |
| § | |
| LACKEY ENTERPRISES LLC D/B/A § | Case No. 16-40159 |
| QUESTCOR § | |
| § | |
| Debtor § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 122,473.85 |
| and approved disbursements of | $ | 8,456.92 |
| leaving a balance on hand of[1] | $ | 114,016.93 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | HEYL, ROYSTER, VOELKER & ALLEN, P.C. | $ 5,000.00 | $ 5,000.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 114,016.93 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Miriam R. Stein | $ 9,373.69 | $ 0.00 | $ 9,373.69 |
| Attorney for Trustee Fees: ZANE L. ZIELINSKI | $ 6,230.00 | $ 6,230.00 | $ 0.00 |
| Attorney for Trustee Expenses: ZANE L. ZIELINSKI | $ 75.30 | $ 75.30 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Fees: Alan D. Lasko & Associates P. C. | $ 10,434.10 | $ 0.00 | $ 10,434.10 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates P. C. | $ 55.91 | $ 0.00 | $ 55.91 |

Total to be paid for chapter 7 administrative expenses     $     19,863.70

Remaining Balance     $     94,153.23

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | LARRY LACKEY | $ 0.00 | $ 0.00 | $ 0.00 |
| 7 | DOREEN LACKEY | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors     $     0.00

Remaining Balance     $     94,153.23

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 486,398.49 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | HEYL, ROYSTER, VOELKER & ALLEN, P.C. | $ 3,287.50 | $ 0.00 | $ 636.37 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | RYDER TRUCK RENTAL, INC. | $ 48,073.44 | $ 0.00 | $ 9,305.68 |
| 3 | RYDER TRUCK RENTAL, INC. | $ 3,914.32 | $ 0.00 | $ 757.70 |
| 4 | POLYMER PACKAGING, INC. | $ 18,351.70 | $ 0.00 | $ 3,552.38 |
| 5 | CORRUGATED SUPPLIES COMPANY LLC | $ 412,300.91 | $ 0.00 | $ 79,810.00 |
| 8 | E STREET PROPERTIES | $ 0.00 | $ 0.00 | $ 0.00 |
| 9 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 470.62 | $ 0.00 | $ 91.10 |

Total to be paid to timely general unsecured creditors     $     94,153.23

Remaining Balance                                          $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Miriam R. Stein
                Chapter 7 Trustee

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

*Miriam R. Stein*
*30 South Wacker Drive*
*Suite 2600*
*Chicago, IL  60606*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.