# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| LACKEY ENTERPRISES LLC D/B/A | § | Case No. 16-40159 |
| QUESTCOR | § | |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Miriam R. Stein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 950.00
*(Without deducting any secured claims)*

Assets Exempt: 0.00

Total Distributions to Claimants:  94,153.23

Claims Discharged
Without Payment:  510,949.46

Total Expenses of Administration:  28,320.62

3) Total gross receipts of $ 122,473.85  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 122,473.85  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 5,000.00 | $ 5,000.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 28,320.62 | 28,320.62 | 28,320.62 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 102,520.00 | 96,117.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 629,294.38 | 536,108.49 | 486,398.49 | 94,153.23 |
| **TOTAL DISBURSEMENTS** | $ 731,814.38 | $ 665,546.11 | $ 519,719.11 | $ 122,473.85 |

4)  This case was originally filed under chapter 7 on  12/22/2016 .  The case was pending for 23 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/01/2018                    By:/s/Miriam R. Stein

                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Accounts receivable | 1121-000 | 1,409.98 |
| MB Financial | 1129-000 | 58,737.69 |
| One Manuel Tie Horizontal Baler, One Power Hydro Stretch Wra | 1129-000 | 1,000.00 |
| TD Ameritrade Account | 1129-000 | 49,793.95 |
| Warehouse racking -sold | 1129-000 | 7,500.00 |
| Insurance Premium Refunds | 1229-000 | 4,010.00 |
| Postage Refund | 1229-000 | 22.23 |
| **TOTAL GROSS RECEIPTS** | | **$ 122,473.85** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | HEYL, ROYSTER, VOELKER & ALLEN, P.C. | 4110-000 | NA | 5,000.00 | 5,000.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ 5,000.00 | $ 5,000.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Miriam R. Stein | 2100-000 | NA | 9,373.69 | 9,373.69 | 9,373.69 |
| Associated Bank | 2600-000 | NA | 2,151.62 | 2,151.62 | 2,151.62 |
| ZANE L. ZIELINSKI | 3210-000 | NA | 6,230.00 | 6,230.00 | 6,230.00 |
| ZANE L. ZIELINSKI | 3220-000 | NA | 75.30 | 75.30 | 75.30 |
| Alan D. Lasko & Associates P. C. | 3410-000 | NA | 10,434.10 | 10,434.10 | 10,434.10 |
| Alan D. Lasko & Associates P. C. | 3420-000 | NA | 55.91 | 55.91 | 55.91 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 28,320.62 | $ 28,320.62 | $ 28,320.62 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | DOREEN LACKEY | 5300-000 | 9,600.00 | 9,000.00 | 0.00 | 0.00 |
| 6 | LARRY LACKEY | 5300-000 | 92,920.00 | 87,117.00 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 102,520.00 | $ 96,117.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Anderson Pest Control | | 115.44 | NA | NA | 0.00 |
| | AT&T | | 43.40 | NA | NA | 0.00 |
| | Chase Card Services | | 9,888.18 | NA | NA | 0.00 |
| | Constellation | | 851.38 | NA | NA | 0.00 |
| | Federal Express | | 273.10 | NA | NA | 0.00 |
| | Grainger | | 394.86 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nicor Gas | | 128.80 | NA | NA | 0.00 |
| | Republic Services - December 2016 | | 11.08 | NA | NA | 0.00 |
| | TYCO Integrated Security | | 761.47 | NA | NA | 0.00 |
| | Vanguard | | 0.00 | NA | NA | 0.00 |
| | Village of Bedford Park | | 0.00 | NA | NA | 0.00 |
| | Wertheimer Box | | 3,331.45 | NA | NA | 0.00 |
| | Westrock | | 102,905.04 | NA | NA | 0.00 |
| 9 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 470.62 | 470.62 | 91.10 |
| 5 | CORRUGATED SUPPLIES COMPANY LLC | 7100-000 | 400,000.00 | 412,300.91 | 412,300.91 | 79,810.00 |
| 8 | E STREET PROPERTIES | 7100-000 | 87,210.00 | 49,710.00 | 0.00 | 0.00 |
| 1U | HEYL, ROYSTER, VOELKER & ALLEN, P.C. | 7100-000 | NA | 3,287.50 | 3,287.50 | 636.37 |
| 4 | POLYMER PACKAGING, INC. | 7100-000 | 18,291.56 | 18,351.70 | 18,351.70 | 3,552.38 |
| 2 | RYDER TRUCK RENTAL, INC. | 7100-000 | 5,088.62 | 48,073.44 | 48,073.44 | 9,305.68 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | RYDER TRUCK RENTAL, INC. | 7100-000 | NA | 3,914.32 | 3,914.32 | 757.70 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 629,294.38 | $ 536,108.49 | $ 486,398.49 | $ 94,153.23 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 16-40159 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | Miriam R. Stein |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | LACKEY ENTERPRISES LLC D/B/A QUESTCOR | | | | Date Filed (f) or Converted (c): | 12/22/2016 (f) |
| | | | | | 341(a) Meeting Date: | 01/25/2017 |
| For Period Ending: | 11/01/2018 | | | | Claims Bar Date: | 05/11/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  TD Ameritrade Account | 43,500.00 | 43,500.00 | | 49,793.95 | FA |
| 2.  MB Financial | 59,939.69 | 59,939.69 | | 58,737.69 | FA |
| 3.  Accounts receivable | 10,374.67 | 10,374.67 | | 1,409.98 | FA |
| 4.  NEC Telephone System, Server and Server Rack. Located at JDM | 950.00 | 950.00 | | 0.00 | FA |
| 5.  One Manuel Tie Horizontal Baler, One Power Hydro Stretch Wra | Unknown | 0.00 | | 1,000.00 | FA |
| 6.  Warehouse racking -sold | 7,500.00 | 7,500.00 | | 7,500.00 | FA |
| 7.  Customer List | 0.00 | 0.00 | | 0.00 | FA |
| 8.  Loan to PKGING.com, Inc. Company is no longer operating. | 0.00 | 0.00 | | 0.00 | FA |
| 9.  Insurance Premium Refunds (u) | 0.00 | 0.00 | | 4,010.00 | FA |
| 10.  Postage Refund (u) | 0.00 | 0.00 | | 22.23 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $122,264.36 | $122,264.36 | | $122,473.85 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

5/10/18 - A FINAL REPORT HAS BEEN FILED AND FUNDS HAVE BEEN DISBURSED IN THIS CASE.

Exhibit 8

TRUSTEE INVESTIGATING ASSETS OF THE ESTATE AND POTENTIAL PREFERENCE LITIGATION (3/1/17)
Debtor's producing documents supporting rental payments paid to insider landlord. Trustee investigating whether payments made to landlord constitute preferential payments.
Another creditor also conducting 2004 examination.
(6.15.17).
Insiders agreed to subordinate claims. by order dated 10/20/2017
Trustee preparing final tax return, awaiting corp docs from Debtors former accountant 11/15/17
Trustee is preparing final tax return. 12/26/17.
2017 tax return filed on March 8, 2018
2016 tax return filed on March 8, 2018


Initial Projected Date of Final Report (TFR): 05/31/2018        Current Projected Date of Final Report (TFR): 03/18/2018

Case 16-40159   Doc 42   Filed 11/08/18   Entered 11/08/18 14:34:08   Desc Main
Document   Page 10 of 14

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 16-40159 | | | | Trustee Name:  Miriam R. Stein | | Exhibit 9 |
| Case Name:  LACKEY ENTERPRISES LLC D/B/A QUESTCOR | | | | Bank Name:  Associated Bank | | |
| | | | | Account Number/CD#:  XXXXXX8788 | | |
| | | | | Checking | | |
| Taxpayer ID No:  XX-XXX1041 | | | | Blanket Bond (per case limit): $5,000,000.00 | | |
| For Period Ending:  11/01/2018 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/19/17 | 6 | US Lift & Warehouse Equipment, Inc. 2405 Hamilton Road PO Box 91976 Elk Grove Township, IL 60005 | Debtor's Sale of Personal Property (Racking) Debtor liquidated personal property pre-petition, and had the proceeds of sale turned over to trustee after filing. | 1129-000 | $7,500.00 | | $7,500.00 |
| 01/19/17 | 2 | Lackey Enterprises, Inc. | Debtor's Funds on Account Funds on account at time of filing. | 1129-000 | $58,737.69 | | $66,237.69 |
| 01/26/17 | 1 | Lackey Enterprises | Debtor's Funds on Account Check presented by Debtor at 341 meeting representing remaining funds on account from Ameritrade account. | 1129-000 | $49,793.95 | | $116,031.64 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $50.05 | $115,981.59 |
| 02/09/17 | 3 | PRI Group LLC 600 Thomas Drive Bensenville, IL 60106 | Accounts Receivable | 1121-000 | $1,409.98 | | $117,391.57 |
| 02/22/17 | 9 | Travelers Property Casualty CL Agency | Refund of Insurance Payment | 1229-000 | $645.00 | | $118,036.57 |
| 03/06/17 | 10 | Stamps.Com 1990 E. Grand Avenue El Segundo, CA 90245 | postage refund from closed account | 1229-000 | $22.23 | | $118,058.80 |
| 03/07/17 | 5 | American Auction Associates, Inc. 508 W. Brittany Drive Arlington Heights, IL 60004 | Sale of Machinery and Equipment | 1129-000 | $1,000.00 | | $119,058.80 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $157.19 | $118,901.61 |
| 03/23/17 | 9 | AmTrust North America, Inc. Premium Refund Account 59 Maiden Lane, 6th Floor New York, NY 10038 | Refund of Insurance Payment | 1229-000 | $3,365.00 | | $122,266.61 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $178.04 | $122,088.57 |
| | | | Page Subtotals: | | $122,473.85 | $385.28 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-40159

Case Name: LACKEY ENTERPRISES LLC D/B/A QUESTCOR

Taxpayer ID No: XX-XXX1041

For Period Ending: 11/01/2018

Trustee Name: Miriam R. Stein

Bank Name: Associated Bank

Account Number/CD#: XXXXXX8788

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $175.66 | $121,912.91 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $181.23 | $121,731.68 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $175.15 | $121,556.53 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $180.75 | $121,375.78 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $180.45 | $121,195.33 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $174.38 | $121,020.95 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $179.92 | $120,841.03 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $173.86 | $120,667.17 |
| 12/12/17 | 101 | LAW OFFICES OF ZANE L. ZIELINSKI, P.C. 6336 NORTH CICERO AVE., SUITE 201 CHICAGO, IL  60646 | Professional Compensation - Order dated 12/5/17 | | | $6,305.30 | $114,361.87 |
| | | Zane Zielinski P. C. | ($6,230.00) | 3210-000 | | | |
| | | Zane Zielinski P. C. | ($75.30) | 3220-000 | | | |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $175.17 | $114,186.70 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $169.77 | $114,016.93 |

Page Subtotals: $0.00   $8,071.64

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 16-40159 | Trustee Name: Miriam R. Stein | Exhibit 9 |
| Case Name: LACKEY ENTERPRISES LLC D/B/A QUESTCOR | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX8788 | |
| | Checking | |
| Taxpayer ID No: XX-XXX1041 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 11/01/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/14/18 | 102 | Miriam R. Stein 30 South Wacker Drive Suite 2600 Chicago, IL 60606 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $9,373.69 | $104,643.24 |
| 05/14/18 | 103 | Alan D. Lasko & Associates P. C. 205 W. Randolph Street, Suite 1150 Chicago, IL 60606 | Distribution | | | $10,490.01 | $94,153.23 |
| | | Alan D. Lasko & Associates P. C. | Final distribution representing a payment of 100.00 % per court order. | ($10,434.10) | 3410-000 | | |
| | | Alan D. Lasko & Associates P. C. | Final distribution representing a payment of 100.00 % per court order. | ($55.91) | 3420-000 | | |
| 05/14/18 | 104 | HEYL, ROYSTER, VOELKER & ALLEN, P.C. 33 NORTH DEARBORN STREET, 7TH FLOOR CHICAGO, IL 60602 | Final distribution to claim 1 representing a payment of 19.36 % per court order. | 7100-000 | | $636.37 | $93,516.86 |
| 05/14/18 | 105 | RYDER TRUCK RENTAL, INC. ATTN: JENNIFER MORRIS 6000 WINDWARD PARKWAY ALPHARETTA, GA 30005 | Distribution | | | $10,063.38 | $83,453.48 |
| | | RYDER TRUCK RENTAL, INC. | Final distribution to claim 2 representing a payment of 19.36 % per court order. | ($9,305.68) | 7100-000 | | |
| | | RYDER TRUCK RENTAL, INC. | Final distribution to claim 3 representing a payment of 19.36 % per court order. | ($757.70) | 7100-000 | | |
| 05/14/18 | 106 | POLYMER PACKAGING, INC. C/O GREGORY D. SWOPE, ESQ. KRUGLIAK, WILKINS, GRIFFITHS & DOUGHERTY CO L P.O. BOX 36963 CANTON, OH 44735-6963 | Final distribution to claim 4 representing a payment of 19.36 % per court order. | 7100-000 | | $3,552.38 | $79,901.10 |

| | Page Subtotals: | $0.00 | $34,115.83 |
|---|---|---|---|

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 16-40159 | Trustee Name: Miriam R. Stein | Exhibit 9 |
| Case Name: LACKEY ENTERPRISES LLC D/B/A QUESTCOR | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX8788 | |
| | Checking | |
| Taxpayer ID No: XX-XXX1041 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 11/01/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/14/18 | 107 | CORRUGATED SUPPLIES COMPANY LLC<br>HUCK BOUMA PC<br>1755 S. NAPERVILLE ROAD<br>SUITE 200<br>WHEATON, IL 60189 | Final distribution to claim 5 representing a payment of 19.36 % per court order. | 7100-000 | | $79,810.00 | $91.10 |
| 05/14/18 | 108 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>T MOBILE/T-MOBILE USA INC<br>PO BOX 248848<br>OKLAHOMA CITY, OK 73124-8848 | Final distribution to claim 9 representing a payment of 19.36 % per court order. | 7100-000 | | $91.10 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $122,473.85 | $122,473.85 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $122,473.85 | $122,473.85 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $122,473.85 | $122,473.85 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $79,901.10 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8788 - Checking | $122,473.85 | $122,473.85 | $0.00 |
| | $122,473.85 | $122,473.85 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $122,473.85 |
| Total Gross Receipts: | $122,473.85 |

Page Subtotals:                                    $0.00            $0.00